UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Gutierrez-Valencia, Plaintiff, v. Charles Ryan, et al. Defendants | Case No: CV 20-00376-JAT-DMF/MTM MOTION TO ENFORCE SETTLEMENT AGREEMENT (Assigned to the Honorable James A. Teilborg) |

Comes now, the Plaintiff Luis Gutierrez-Valencia in Pro-Per to implore this court to enforce the Plaintiff and defendant(s) settlement agreement the Counsel for Defendants settled for a Confidential amount; In Which Plaintiff Signed On October 19th, 2022. and Submitted and agreed to by Dustin A. Christner the Quintairos, Prieto, Wood & Boyer Attorney On behalf of Defendants to this Court On November 7th, 2022. In Which all parties Stipulated to Dismiss Defendant Corizon, Which Court granted On November 8th, 2022. Based On the Settlement Agreement Case Number CV-20-00376-JAT(MTM), and the Settlement Confidential amount payment (would be Mailed to: Carmen Rowley, 2331 West. Peak View Rd., Phoenix, Arizona 85085 within (30 days) after defense Counsel's receipt of executed agreement from Plaintiff Sworn and Submitted and Sent by Mail to defendants on Oct. 19, 2022. after the Plaintiff Sent Signed Document to defendants It has been (68.) days the time from has been exceeded So fare by (38.) days; Plaintiff believes U.S.C. §2644 Wight apply and even if not Plaintiff Went into the Settlement Agreement in good faith. However at this time "December, 26th, 2022", Plaintiff is Considering a breach-of-Contract Suit. Plaintiff has allowed a grace period and Still nothing from the Defendants Nor their attorneys, therefore he has been Compelled to request this Honorable Courts Help.       Restectfuly Submited by Luis G-Valencia Dec. 26, 2022

Luis G. Valencia

(1).

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Document Motion To Enforce Settlement Agreement, I electronically transmitted by E-filing System of SMU1 to the Clerk of the Court & thereby to all Defendants Attorneys for Corizon Health Inc.,

By Luis Gutierrez-Valencia #091102
ASPC-Eyman SMU 1 2-C-24
PO BOX 4000 Florence, Arizona
85132

(2)



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Legal Supplies Request**

| INMATE PRINTED NAME (last, first, MI) | ADCRR NUMBER | INSTITUTION/UNIT | CELL/BED NUMBER |
|---|---|---|---|
| GUTIERREZ-VALENCIA, LUIS M. | 91102 | SMU-1 | 2-C-24 |

Inmates who have insufficient funds to receive or continue to receive legal supplies must submit this request and demonstrate that the supplies they have received are actually for qualified legal purposes. The Paralegal can assist in verifying actual qualified use of legal supplies. Additional supplies may be issued per Department Order #902 Inmate Legal Access to the Courts.

The Department is not required to provide these legal supplies for personal/private use

I'm requesting the following supplies below for a qualified legal claim(s), as defined by Department Order # 902 Inmate Legal Access to the Courts. I understand that a hold will be placed on my Inmate Trust Account for the cost of said legal supplies. It is my responsibility to make proper use of the legal supplies and keep track of when those supplies have been used. In order to receive additional supplies, envelopes received from this request MUST be logged with Mail and Property.

☐ This is my first supply request

☒ After receiving my last suplies, I SENT OUT Legal Mail on the following dates (MM/DD/YYY) Oct 2022, Nov 12/28/22, Dec-now 2022

INMATE SIGNATURE: *Luis G Valencia*    DATE (MM/DD/YYY): 12/28/22

**✓CHECK ALL THAT APPLY**

☐ Direct Appeal        ☐ Post Conv. Relief (Rule 32)    ☐ Petition for Review
☐ State Habeas Corpus  ☐ Federal Habeas Corpus          ☒ 1983 Civil Rights Com
☐ Conditions of Confinement ☐ Federal Appeal            ☐ Other

**COURT INFORMATION** *(If applicable)*

| CASE NUMBER | COURT/COUNTY | DEADLINE |
|---|---|---|
| CV-20-00376-JAT (Complaint) | Maricopa | now for Motions filed effort |

| Item Description | Monthly Allowance | Amount Request | Amount Approved | Unit price | Cost |
|---|---|---|---|---|---|
| Ink Pen or Pen Filler | 1 | 1 | | .03 | |
| Gold Pencil | 2 | 2 | | .02 | |
| Writing Pad | 2 | 2 | | .95 | |
| Manila Envelope (Marked as legal mail) | 5 | 3 | | .17 | |
| Reg. Envelopes (Marked as legal mail) | 5 | 8 | | .02 | |

STAFF USE ONLY    TAX 9.2 %    TOTAL

*Banker, Style Boxes are not legal supplies and are sold in the inmate store

**********************  THIS AREA FOR STAFF USE ONLY  **********************

DESIGNATED STAFF NAME (Last,First,M.I print):        TITLE:

☐ Approved    ☐ Approved as modified    ☐ Denied because (give reason)

SIGNATURE:        DATE VERIFIED (mm,dd,yyy):

********************** LEGAL SUPPLIES RECEIVED-ACCEPTANCE BY INMATE **********************

I have received the supplies that the paralegal approved above

INMATE SIGNATURE:        DATE RECEIVED (MM/DD/YYY):

902-5
6/7/2021