Anthony J. Fernandez, Esq. (Bar No. 018342)
Alyssa R. Illsley (Bar No. 032956)
Dustin A. Christner (Bar No. 019707)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
8800 East Raintree Drive, Suite 100
Scottsdale, Arizona 85260
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
afernandez@qpwblaw.com
alyssa.illsley@qpwblaw.com
dustin.christner@qpwblaw.com
*Attorneys for Defendants Corizon Health, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Luis Gutierrez-Valencia, | Case No: CV 20-00376-JAT (MTM) |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT CORIZON'S RESPONSE TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| Charles Ryan, et al. | |
| Defendants. | (Assigned to the Honorable James A. Teilborg) |

Defendant Corizon, by and through undersigned counsel, hereby submits their Response to Plaintiff's Motion to Enforce Settlement Agreement (Doc. #228). Defendant Corizon sent the settlement check to Plaintiff's representative via FedEx on January 11, 2023.

**RESPECTFULLY SUBMITTED** this 12th day of January, 2023.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**


By:  /s/Dustin A. Christner
Anthony J. Fernandez
Alyssa R. Illsley
Dustin A. Christner
*Attorneys for Defendant Corizon Health, Inc.,*

1

**CERTIFICATE OF SERVICE**

2   I hereby certify that on this 12th day of January, 2023, I electronically transmitted the

3 foregoing with the Clerk of the Court using the CM/ECF system for filing, with copies

4 submitted by U.S. mail to the following recipients:

ASPC-Eyman
Inmate Luis Gutierrez-Valencia
ADC #091102
EYMAN-SMU 1 UNIT
P.O. Box 4000
Florence, AZ 85132
*Plaintiff*

By: ___/s/Tina Cummings___