Case 2:20-cv-00376-JAT   Document 232   Filed 02/22/23   Page

20-CV-00376-JAT

☒ FILED  ☐ LODGED
Feb 22 2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Gutierrez-Valencia, Plaintiff, v. Charles Ryan, et al. Defendants. | #CV-20-00376-JAT (MTM) Motion for Clarification of (Doc.231) and Status of Plaintiff & Corizon Settlement agreement. |

Plaintiff Pro Se herein requests this Honorable Court (MTM) to Clarify & Include Plaintiff as the Obligor. This Court is aware of the 20-CV-00376-JAT (MTM) Settlement agreement Concluded Between the Plaintiff & Defendant Corizon on Oct. 2022. although Defendants had 30 days to Provide Payment & agreed to Send it to the address & Name of Carmen Rowley, it was delayed Until January/9/2023 and check # 102004 was not in Carmens name as agreed. This Plaintiff herein is Notifing all Parties & this Court, the check has or should have been deposited & cashed already. Therefore if this Court or Defendants are requesting the funds or check returned Please Call Carmen Rowley Plaintiffs Power of attorney & advise her of the requirements. also The Plaintiff as a Obligor has the agreement directly with Corizon, Not its Counter Parts or Partners & therefore Would request Corizon Immediately Provide Plaintiff with a check to Carmen Rowley as Stipulated. If Plaintiff must wait, obtain an attorney for Defendants actions or bad faith, Plaintiff will seek attorney fees & other or any damages arising from Defendants actions or bad faith agreement. In addition if Plaintiffs Contract is delayed or remains unfulfilled Plaintiff as an obligor will Seek Compensation. This Plaintiff is also Unable to Contact His Power of attorney Carmen Rowley, To inform—

(1)

Her in regards to this Stay request & if any funds have already been deposited or Utilized; it is at no fault to Plaintiff or his Power of attorney as Defendants Corizon had knowledge of the Plaintiffs Settlement agreement Stipulations & of Carmen Rowley & Could have notified/called to inform her. for but not Limited to these reasons alone, Plaintiffs asks this Court to uphold former Settlement agreement or reestablish the case against Corizon for trial. Plaintiff will also call Carmen Rowley on February, 22, 23 if possible to inform her of these circumstances & would ask this Court to have defendants attornys set up a legal call with Plaintiff at SMU 1, to inform him & clerify the matter herein & any necessary requirements Plaintiff must adhere to in this matter.

Respectfully Submited By Pro Se Plaintiff:

*[signature]*
#091102
Eyman SMU-1
PO BOX 4000
Florence, AZ
85132

CERTIFICATION OF SERVICE:
I hereby certify that Plaintiff has electronically transmitted the foregoing to all parties by the clerk of the Court using the SMU-1 E-filing System.

(2)