20 CV 00376-JAT

☒ FILED  ☐ LODGED
Feb 24 2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Gutierrez-Valencia<br>Plaintiff,<br>v.<br>Charels Ryan et al<br>Defendants | 20-CV-00376-JAT<br>Plaintiffs Reply in Support of<br>(Doc. 228) and responding to (Doc. 230). |

Plaintiff herein comes pro se advising this Honorable Court that today Feb. 21. 2023 he was provided the E-file Motion (court order DK.230) advising Plaintiff he has 14 day to file a response in support of his Motion to enforce Settlement (Doc. 228). In October 2022 Plaintiff had reached a Settlement agreement & signed it about October 19th 2022 and sent to Dustin A. Christener @ PWB attorneys on behalf of Defendant Corizon. According to the agreement payment would be to and mailed to Plaintiffs (Financial Durable General Power of Attorney) ARS §14-5506 which is Carmen Rowley 480-532-3201. Settlement Agreement Page 3 and Page 4 Stipulations at 4. & Obligations stated payment shall be mailed within 30 days after Defendants recipt of the executed agreement from Luis Gutierrez-Valencia Plaintiff and Payment would be mailed to Carmen Rowley, 2331 W. Peakview Rd., Phoenix, Arizona 85085, then not mailed until THU-12 JAN 2023 8:2pm; Then the payment was in the Plaintiffs name and the bank had issues with the cashing of the payment although Plaintiff has continuously acted in good faith. as of Today Feb. 21, 2023 Plaintiff is uncertain if payment was cleared or not until Plaintiff can call home to his Mother Carmen Rowley But believes that the actions & Delay without any attempt to set up a Call with the Plaintiff to resolve these issues have Shown bad faith on part of Defendants Corizon and Plaintiff asks —

20-CV-00376-JAT

This Honorable Court that this Case and Plaintiffs Motion (Doc.220) not be deemed moot based on Plaintiffs Motion & the Circumstances Until Defendants Speak With Plaintiff Or Plaintiff affirms Settlement agreement has been met as he has acted in good faith through out this Case.

Respectfully Submitted this febuary, ,2023
By Pro Se Plaintiff: *Luis G Valencia*

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Document has been Electronically transmitted to all Parties by the clerk of The Court and using SMU I Efiling System by the Plaintiff to all Defendants.